# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTOPHER ROBERT MILLER**
**#109083**                                                                 **PLAINTIFF**

v.                               **No. 3:20-cv-248-DPM**

**KEVIN MOLDER, Sheriff, Poinsett**
**County;  JERMEY, Chief Deputy, Poinsett**
**County Detention Center;  TRISH**
**MARSHAL, Administrator, Poinsett**
**County Detention Center;  and DOYLE**
**RAMEY, Supervisor, Poinsett County**
**Detention Center**                                          **DEFENDANTS**

## ORDER

Miller hasn't responded to the pending recommendation. *Doc. 4.*
Instead, his mail is being returned undelivered. *Doc. 5 & 6.* The Court
adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 4.*
FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).
Miller's complaint, *Doc. 2,* will be dismissed without prejudice for
failure to state a claim. This dismissal counts as a "strike" for purposes
of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and
accompanying Judgment would not be taken in good faith. 28 U.S.C. §
1915(a)(3).

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

5 November 2020