IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER ROBERT MILLER
#109083                                                                       PLAINTIFF

v.                           No. 3:20-cv-248-DPM

KEVIN MOLDER, Sheriff, Poinsett
County; JERMEY, Chief Deputy, Poinsett
County Detention Center; TRISH
MARSHAL, Administrator, Poinsett
County Detention Center; and DOYLE
RAMEY, Supervisor, Poinsett County
Detention Center                                                              DEFENDANTS

## JUDGMENT

Miller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 November 2020